UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| XEROX CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CAUSE NO: |
| BACOMPT SYSTEMS, INC., | ) 1:05-cv-1262-JDT-WTL |
| Defendant. | ) ) |

## COMPLAINT FOR COPYRIGHT AND PATENT INFRINGEMENT

Plaintiff Xerox Corporation ("Xerox") complains against Defendant Bacompt Systems, Inc. ("Bacompt") and for a cause of action alleges as follows:

### JURISDICTION AND VENUE

1. This action arises under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*, and the Patent Act of the United States, 35 U.S.C. § 1 *et seq.* This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and pursuant to 28 U.S.C. § 1400 because Bacompt resides in this judicial district and because a substantial portion of the events giving rise to Xerox's claims against Bacompt occurred in this judicial district.

### THE PARTIES

3. Xerox Corporation ("Xerox") is a corporation incorporated under the laws of the State of New York with its principal offices in Stamford, Connecticut. Xerox is engaged in the research and development, manufacture, sale, and service of document processing equipment, including photocopiers and document publishing systems. Xerox has also created computer

programs and algorithms known as diagnostic software for use in the diagnosis and correction of faults in such photocopiers and document publishing systems.

4.  Upon information and belief, Bacompt is a corporation with its principal place of business in Carmel, Indiana. Bacompt operates a reproduction facility specializing in high-speed and high-volume printing.

## FACTS

### Xerox's Copyrighted Works and Patented Inventions

5.  Xerox has been and continues to be the leading innovator in xerographic technology and in the design and manufacture of photocopiers and laser printers incorporating such technology. In its product design and manufacture Xerox goes to great expense to equip its products with extensive and valuable diagnostic software for such photocopiers and laser printers.

6.  Xerox's 4135 family ("4135 Family") of products includes models known as the Xerox 4135 and Xerox 4635. These products are high-speed laser printers that print at speeds up to 180 prints per minute.

7.  Xerox's DocuPrint family of products includes a model known as the Xerox 4890 ("4890"). The 4890 is a high-speed two-color printer that prints at speeds up to 90 prints per minute.

8.  Equipment in the Xerox 4135 Family and the 4890 is highly complex, consisting of thousands of parts controlled by sophisticated computer software. These parts are arranged in a wide range of interactive subsystems, the interactivity of which is controlled by sophisticated computer software.

9. Like many types of complex mechanical equipment, equipment in the Xerox 4135 Family and the 4890 requires periodic preventive maintenance as well as unscheduled maintenance to diagnose and repair machine faults. In order to facilitate such maintenance and repair, Xerox's scientists, engineers, and technicians have created for use with the Xerox 4135 Family and the 4890 sophisticated computer programs and algorithms to detect, identify, diagnose, display and correct equipment faults and problems (henceforth the "Diagnostic Software"). A considerable portion of the Diagnostic Software includes a group of specialized programs designed to perform a wide range of diagnostic operations in a diagnostic mode.

10. The Diagnostic Software for the Xerox 4135 Family and the 4890 is comprised of several original works of authorship.

11. Xerox has registered its copyrights in the Diagnostic Software for the Xerox 4135 Family and the 4890.

    a) On June 24, 1994, Xerox obtained registered copyright TXu593-261, Xerox Level L Diagnostic Software.

    b) On November 15, 1994, Xerox obtained registered copyright TX3-871-213, Xerox 4135 Laser Printer Operating System and Diagnostic Software Release Level J, Version 18.88.

    c) On November 15, 1994, Xerox obtained registered copyright TX3-871-212, Xerox 4135 Laser Printer Operating System and Diagnostic Software Release Level K, Version 19.91.

    d) On May 28, 1993, Xerox obtained registered copyright TX3-673-196, Xerox 4135 Laser Printing System Software Version 3.6, Release 15.6.

    e) On July 18, 1991, Xerox obtained registered copyright TX3-137-480, Xerox 4050/4090/4650 laser printing system software V3.5

    f) On November 24, 1993, Xerox obtained registered copyright TX3-731-043, Xerox 4890 highlight color laser printing system software V 4.0

    g) On September 28, 1994, Xerox obtained registered copyright TX3-882-322, Xerox 4850/4890 highlight color laser printing system software V 5.0

Copies of these copyright certificates of registration are attached hereto as Exhibit A.

12. The Diagnostic Software is the product of many tens of thousands of software engineering and testing hours and millions of dollars of investment by Xerox. The Diagnostic Software contains numerous innovative methods and apparatus to detect, identify, diagnose, display, and correct equipment faults and problems.

13. Xerox is the assignee and owner of United States Patent No 5,210,571 issued May 11, 1993 (the '571 patent) and U.S. Patent No. 5,023,817 issued March 6, 1989 (the '817 patent). The '571 patent and the '817 patent claim inventions incorporated in the Diagnostic Software for the Xerox 4135 Family. Copies of these patents are attached hereto as Exhibit B.

### Xerox's Licensing Of Diagnostic Software

14. The Diagnostic Software is installed by Xerox service technicians or as part of the manufacturing process from disks or tapes onto a hard disk (also called a rigid disk) located inside the Xerox 4135 Family and 4890 equipment.

15. When the Diagnostic Software is invoked or used, the software is reproduced from the rigid disk to the random access memory of the equipment.

16. Although the Diagnostic Software is physically present on the hard disks of Xerox 4135 Family and the 4890, Xerox does not transfer either ownership of the copy of the Diagnostic Software or any license or other rights to use the software when it sells Xerox 4135 Family or 4890 equipment. At all times relevant to this action, the terms and conditions pursuant to which such equipment was sold have expressly provided that the Diagnostic Software remains the property of Xerox and that no rights to use or reproduce such software are conveyed absent a separate license.

17. Xerox's service technicians utilize the Diagnostic Software when they service Xerox 4135 Family and 4890 equipment.

18.     Some owners of Xerox 4135 Family and 4890 equipment service their equipment themselves.  At all times relevant to this action, Xerox has offered end users of Xerox 4135 Family and 4890 equipment the ability to license, for a fee, the right to use the Diagnostic Software and to reproduce the Diagnostic Software incident to such use.  Xerox's Diagnostic Software licenses convey for a one-year period the required rights under Xerox's patents and copyrights necessary to use the Diagnostic Software on a single piece of equipment.

19.     Owners of Xerox 4135 Family and 4890 equipment may also retain independent service organizations ("ISOs") to service their equipment.  At all times relevant to this action, Xerox has permitted licensees of Diagnostic Software for its Xerox 4135 Family and 4890 equipment to authorize ISOs to utilize the Diagnostic Software pursuant to their license.  At all times relevant to this action Xerox has also permitted ISOs to order Diagnostic Software for the Xerox 4135 Family and the 4890 as the agent of the end user licensee.

20.     Xerox does not now and has never sold its Diagnostic Software, and Xerox has never authorized the use or reproduction of its Diagnostic Software by anyone other than licensees (and their agents) of the Diagnostic Software for a particular machine.

### Bacompt's Infringing Conduct

21.     Bacompt has in the past and, upon information and belief, continues at present, to use the Diagnostic Software and to reproduce the Diagnostic Software from the hard disk to random access memory in servicing the 4135 Family and 4890 equipment owned by Bacompt and/or third parties.

22.     Bacompt's use and reproduction of the Diagnostic Software for the Xerox 4135 Family and 4890 equipment it owns and services is unlicensed.  Bacompt has not requested the

required Diagnostic Software licenses, and Xerox has not granted the required Diagnostic Software licenses to Bacompt.

23.     Xerox notified Bacompt of its infringing activities by letters dated January 9, 2004, August 12, 2004, and April 22, 2005.

## COUNT I – COPYRIGHT INFRINGEMENT

24.     Xerox realleges and incorporates by reference the allegations of paragraphs 1-23 as if they had been set forth fully herein.

25.     Xerox's Diagnostic Software for the Xerox 4135 Family and the 4890 is copyrightable subject matter pursuant to Section 102 of the Copyright Act, 17 U.S.C. § 102.

26.     Xerox has been and still is the sole owner and/or assignee of all rights, title and interest in and to the copyrights on all versions of the Diagnostic Software. Accordingly, Xerox is the sole owner of the rights set forth in 17 U.S.C. § 106.

27.     Xerox is the owner of the registered copyrights in Exhibit A. Xerox has complied in all respects with the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*, and is entitled to sue for the infringement of these copyrights and to recover all appropriate relief resulting from such infringement.

28.     Bacompt has infringed and continues to infringe the Xerox registered copyrights included in Exhibit A by using the Diagnostic Software without authorization or license from Xerox. The use of such software results in the reproduction of the Diagnostic Software from the rigid disk of Xerox 4135 Family and 4890 equipment on which the software is installed to the random access memory of the equipment. This unlicensed reproduction violates Xerox's exclusive right to reproduce its copyrighted software granted by Section 106(1) of the Copyright

6

Act, 17 U.S.C. § 106(1), and thus is an infringement of Xerox's copyright under 17 U.S.C. § 501.

29. Bacompt's infringement of Xerox's rights under the Copyright Act is willful.

30. Bacompt has profited from its infringing activities in an amount that cannot be currently quantified, but will be ascertained at trial. Xerox has suffered a loss of sales and profits as a result of Bacompt's infringement that cannot currently be quantified, but that will be ascertained at trial.

31. Xerox is informed and believes that Bacompt is continuing to infringe Xerox's copyrights and will continue to do so unless enjoined by this Court. Accordingly, Xerox has no adequate remedy at law.

## COUNT II – INFRINGEMENT OF U.S. PATENT NOS. 5,210,571 AND 5,023,817

32. Xerox realleges and incorporates by reference the allegations of paragraphs 1-23 as if they had been set forth fully herein.

33. Xerox is the assignee and owner of the '571 patent and the '817 patent relating to the innovative methods used to detect, identify, diagnose, display, and correct equipment faults and problems incorporated in the Diagnostic Software. Xerox has complied in all respects with the Patent Act of the United States, 35 U.S.C. § 1 *et seq.*, and is entitled to sue for the infringement of these patents and to obtain all appropriate relief resulting from such infringement.

34. Bacompt's unauthorized use of the Diagnostic Software constitutes infringement of Xerox's patents pursuant to 35 U.S.C. § 271. Xerox is informed and believes that Bacompt is continuing to infringe Xerox's patents and will continue to do so unless enjoined by this Court. Accordingly, Xerox has no adequate remedy at law. Further, any harm to Bacompt that might be

caused by entry of injunctive relief as requested herein is outweighed by the harm that Xerox would suffer if the requested relief were not granted.

35. Xerox provided notice of infringement to Bacompt on January 9, 2004, and Xerox is entitled to recover damages for acts of infringement at least as of that date. Alternatively, this Complaint constitutes notice of infringement under 35 U.S.C. § 287(a), and Xerox is entitled to recover damages for acts of infringement after service of this Complaint.

36. As a result of Bacompt's infringing activities, Xerox has been and will be damaged. Consequently, Xerox is entitled to compensation for these damages from Bacompt pursuant to 35 U.S.C. § 284 in an amount that cannot be presently quantified, but will be ascertained at trial. Xerox is also entitled to an order permanently enjoining Bacompt from engaging in its infringing activities.

37. Xerox is informed and believes that Bacompt's past and continuing infringement of the '571 and '817 patents has been and continues to be deliberate and willful. As a result, this is an exceptional case that warrants an award of treble damages and attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

## DEMAND FOR RELIEF

**WHEREFORE**, Xerox demands judgment against Bacompt as follows:

(i) A finding that Bacompt has willfully infringed Xerox's copyrights;

(ii) Actual damages suffered by Xerox as a result of Bacompt's infringement of Xerox's copyrights, including Xerox's lost profits and the profits of Bacompt that are attributable to its infringement, or, alternatively, statutory damages to the maximum extent permitted by 17 U.S.C. § 504 for each of Xerox's copyrighted works infringed by Bacompt;

(iii) A finding that Bacompt has infringed Xerox's '571 and '817 patents;

(iv) Actual damages suffered by Xerox as a result of Bacompt's infringement of Xerox's patents, including lost profits and/or reasonable royalty fees;

(v) A finding that Bacompt's infringement of the '571 and '817 patents has been deliberate and willful and, therefore, that this is an exceptional case;

(vi) Enhanced damages to Xerox of up to three times the amount of compensatory damages determined at trial as a result of Bacompt's willful infringement of Xerox's patents;

(vii) The recovery of attorney's fees, as provided by 17 U.S.C. § 505 and 35 U.S.C. § 285;

(viii) A permanent injunction prohibiting Bacompt from using or reproducing Xerox's Diagnostic Software on Xerox copiers and printers for which Xerox has not issued a current Diagnostic Software license;

(ix) Pre- and post-judgment interest;

(x) Costs of suit; and

(xi) Any other relief the Court deems just.

Dated: August 24, 2005

Respectfully submitted,

DELANEY & DELANEY LLC

By: /s/ Kathleen A. DeLaney
Kathleen A. DeLaney (#18604-49)
Cindy A. Bedrick (#21547-49)
3640 North Washington Blvd.
Indianapolis, IN  46205
(317) 920-0400
(317) 920-0404 (fax)

9

**NEWBERG & WINTERS LLP**

Christopher Winters
8300 Boone Boulevard, Suite 500
Vienna, VA 22182
(703) 714-9529
(703) 991-4516 (fax)


**ARNOLD & PORTER LLP**
Jonathan I. Gleklen
555 Twelfth Street, N.W.
Washington, DC 20004
(202) 942-5000

*Attorneys for Plaintiff Xerox Corp.*